in the case of *F. W. Cook Brewing Co. v. Vaccaro,* *supra,* that where intoxicating liquors are imported from another State into this State, as there is no statute prohibiting a recovery, therefore a recovery can be had for the sale thereof. The judgment is reversed and the cause remanded.

*Reversed and remanded.*

**Charles Johnson Hardware Company, Appellant, v. Board of Education of School District No. 96, Fulton County, Illinois, Appellee.**

**(Not to be reported in full.)**

Appeal from the Circuit Court of Fulton county; the Hon. ROBERT J. GRIER, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed October 13, 1915.

### Statement of the Case.

Bill by Charles Johnson Hardware Company, complainant, against the Board of Education of School District No. 96, Fulton County, Illinois, defendant, to establish a mechanic's lien. From a decree dismissing the bill, the complainant appeals.

The complainant sold material to a contractor, W. H. Gard, engaged in the construction of a public building. It served the following notice on the president of the board of education:

"Peoria, Ill., Nov. 10, 1913.

"Mr. W. H. Gard,
    Bought of Chas. Johnson Hardware Co.,
        2023 South Adams Street.

"No. 1,    Contract Job, Roofing,
            Galvd. Iron and Tin

Work and Sky-lights
on Cuba Schools.... 1,160.00
Cr.
"Sept. 15, By Cash.............    500.00    660.00.''

H. H. ATHERTON and I. C. PINKNEY, for appellant.

CHIPERFIELD & CHIPERFIELD, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

1. MECHANICS' LIENS, § 5*—*how act construed.*  The Mechanics' Liens Act must be strictly construed.

2. MECHANICS' LIENS, § 67*—*when notice of mechanic's lien insufficient.*  A notice under section 23 of the Mechanics' Liens Act (J. & A. ¶ 7161) by a materialman who had furnished materials to a building contractor, which did not claim any lien for the unpaid balance of its account, did not show what materials were furnished the contractor and did not state that the materials furnished were for the construction of the building in which the lien was sought, *held* insufficient.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.